1  Jordanna G. Thigpen (SBN 232642)
2  **THIGPEN LEGAL, P.C.**
3  9595 Wilshire Blvd. Suite 961
   Beverly Hills, CA 90212
4  Tel:    (310) 210-7491
   Fax:    (310) 362-0456
5  Email: jt@thigpenlegal.com
6
7  *Attorneys for Plaintiff*
   Mohammad Etminan, M.D.
8
9              UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11
12  MOHAMMAD ETMINAN, M.D.,          Case No.   '24CV0395 GPC DEB
13                        Plaintiff,
14        vs.                        DISCLOSURE STATEMENT [FED.
                                     R. CIV. P. 7.1]
15
16  ALPHATEC SPINE, INC.,
17                        Defendants.
18
19
20
21
22
23
24
25
26
27
28

THIGPEN LEGAL, P.C.

                    DISCLOSURE STATEMENT

THIGPEN LEGAL, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Mohammad Etminan, M.D. ("Plaintiff" or "Etminan") submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1 in this action where subject matter jurisdiction is based on diversity jurisdiction under 28 U.S.C. § 1332(a)(1). Etminan discloses that he is currently a citizen of Texas.  Etminan is an adult individual who, at times relevant to this action, is a citizen of the United States and has been domiciled in Texas, and at the time of the filing of this Complaint, Etminan resides in Houston, Texas with the intention to remain.

**THIGPEN LEGAL, P.C.**

Dated: February 27, 2024          By:    /s/ Jordanna G. Thigpen
                                          Jordanna G. Thigpen

                                          *Attorneys for Plaintiff*
                                          Mohammad Etminan, M.D.